UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

-----------------------------------------------------------X
DISNEY ENTERPRISES, INC., 500 South
Buena Vista Street, Burbank, California 91521;

PARAMOUNT PICTURES CORPORATION,
5555 Melrose Avenue, Los Angeles, California
90038; and

TWENTIETH CENTURY FOX FILM
CORPORATION, 10201 West Pico Boulevard,
Los Angeles, California 90035;

      Plaintiffs,    No. _____

  v.

DOES 1 - 10

      Defendants.
-----------------------------------------------------------X

**RULE 7.1 DISCLOSURE STATEMENT**

  The undersigned, counsel of record for Plaintiffs Disney Enterprises, Inc. ("Disney"); Paramount Pictures Corporation ("Paramount"); and Twentieth Century Fox Film Corporation ("Fox") furnishes the following list in compliance with Federal Rule of Civil Procedure 7.1:

  1. The parent corporation of Disney is The Walt Disney Company, a publicly traded corporation.

  2. The parent corporation of Paramount is Viacom, Inc., a publicly traded corporation.

  3. The parent corporations of Fox are Fox Entertainment Group, Inc. and The New Corporation Limited, both of which are publicly traded corporation.

Respectfully submitted,

_____
Donald B. Verrilli, Jr.
Bar No. 420434
Steven B. Fabrizio
Katherine A. Fallow
JENNER & BLOCK LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, D.C. 20005
Phone: (202) 639-6000
Fax:   (202) 639-6066

*Attorneys for Plaintiffs*

Dated: May 12, 2005