UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

------------------------------------------------------------X
DISNEY ENTERPRISES, INC., 500 South
Buena Vista Street, Burbank, California 91521;

PARAMOUNT PICTURES CORPORATION,
5555 Melrose Avenue, Los Angeles, California
90038; and

TWENTIETH CENTURY FOX FILM
CORPORATION, 10201 West Pico Boulevard,
Los Angeles, California 90035;

                            Plaintiffs,                No. _____

            v.

DOES 1 - 10

                            Defendants.
------------------------------------------------------------X

## CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record certifies that the following listed persons have an interest in the outcome of this case.

**Parties and their Affiliates**

1. Disney Enterprises, Inc., and its parent corporation The Walt Disney Company.

2. Paramount Pictures Corporation, and its parent corporation Viacom, Inc.

3. Twentieth Century Fox Film Corporation, and its parent corporations Fox Entertainment Group, Inc. and The News Corporation Limited.

4. Does 1-10, whose true identities are unknown to the Plaintiffs.

Respectfully submitted,

_____
Donald B. Verrilli, Jr.
Bar No. 420434
Steven B. Fabrizio
Katherine A. Fallow
JENNER & BLOCK LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, D.C.  20005
Phone:   (202) 639-6000
Fax:     (202) 639-6066

*Attorneys for Plaintiffs*

Dated:  May 12, 2005