# UNITED STATES DISTRICT COURT
**OFFICE OF THE CLERK**
# DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk

Frances E. Kessler, Chief Deputy
Lisa Rosenthal, Chief Deputy

Reply to Southern Division Address

May 13, 2005

Donald B. Verrilli, Jr.
JENNER & BLOCK LLP
601 Thirteenth Street NW Ste 1200 South
Washington, DC 20005

RE:   Disney Enterprises, Inc., et al v. Does 1-10
       DKC-2005-1291

Dear Counsel:

The above-captioned case has been opened and assigned the case number above. The case is subject to this Court's electronic filing requirements and procedures. Our records show that:

[  ]   You are not a member in good standing of our bar. Your appearance has <u>not</u> been entered in this case and the Court will <u>not</u> send you copies of orders and other documents. Within ten (10) days from the date of this letter you must notify the chambers of the presiding judge whether you will be seeking admission or if another attorney will be entering an appearance. For information on how to become a member of our bar or to appear *pro hac vice*, please visit our web site at: www.mdd.uscourts.gov. If you were previously a member and have a question about your status you may contact one of our attorney admission specialists: Catherine Scaffidi at (301) 344-3220 or Tina Stavrou at (410) 962-3552. Once you have been admitted, you **should** register to use CM/ECF.

[ X ]  You are not a registered CM/ECF user. To register, go to the Court's web site: www.mdd.uscourts.gov and fill in the on-line registration form. Information about electronic filing procedures and requirements is available on the web site. Please note that if this case is subject to electronic filing, any documents submitted for filing in paper format may be returned to you. The Court does <u>not</u> mail paper copies of orders and other documents which are filed electronically.

Sincerely yours,

_____/s/_____
Edith Tate, Deputy Clerk

cc:    All counsel/parties

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**