**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
**DISTRICT OF MARYLAND**

Felicia C. Cannon, Clerk

Frances E. Kessler, Chief Deputy
Lisa Rosenthal, Chief Deputy

Reply to Southern Division Address

May 13, 2005

Steven B. Fabrizio
Katherine A. Fallow
JENNER & BLOCK, LLP
601 Thirteenth St NW Suite 1200 South
Washington DC 20005

RE:   Disney Enterprises, Inc. et al vs. Does 1-10
      Civil Action No.: DKC-2005-1291

Dear Counsel:

Receipt is hereby acknowledged of the case filed in the above-captioned case.

Our records indicate that you have not been admitted to the bar of our court or have been stricken for failing to renew your membership. Under Local Rule 101.1 (D. Md. 2001) only members of the bar of this Court or attorneys who have been admitted *pro hac vice* may appear as counsel in a civil case.

Although the case has been accepted for filing and docketed, your appearance has NOT been entered in this case. Any future filings may be returned to you if they are not signed by an attorney who is a member of our bar.

If you believe that you are a member of our bar, please contact one of our attorney admissions specialists, Catherine Scaffidi at (301) 344-3220 or Tina Stavrou at (410) 962-3552, to clarify your status. If you wish to become a member of our bar or seek admission *pro hac vice*, the necessary forms and instructions are available on our web site: www.mdd.uscourts.gov. If you choose to become a member of our bar, please be sure to file a notice of appearance in this case after you are admitted and request that any necessary summonses be issued.

Sincerely,

Felicia C. Cannon, Clerk

By:   /s/
      Edith Tate, Deputy Clerk

cc:   Judge
      File
      Attorney Admissions Specialist

Letter to Counsel re Admission to Practice (10/3/2002)

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**