```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
```

|  |  |
|---|---|
| DISNEY ENTERPRISES, INC., et al. | : |
| v. | : Civil Action No. DKC 2005-1291 |
| DOES 1-10 | : |

**ORDER**

Upon Plaintiffs' Motion for Leave to Take Immediate Discovery to Learn the Identities of Doe Defendants and the accompanying Memorandum of Law in support thereof, it is this 17th day of May, 2005, by the United States District Court for the District of Maryland, ORDERED that:

1.  Plaintiffs may serve immediate discovery on Colocation Corporation and Managed Solutions Group to obtain the identity of each Doe Defendant by serving a Rule 45 subpoena that seeks to identify each Doe Defendant, including the name, address, telephone number, and e-mail address for each Defendant, as well as the Doe Defendant's relationship to the alleged infringing website and computer server;

2.  Colocation Corporation and/or Managed Solutions Group shall, within five business days of being served with the subpoena, give notice to the subscribers and/or customers in question of the subpoena.  If Colocation Corporation, Managed

Solutions Group, and/or any Doe Defendant wishes to move to quash the subpoena, the party must do so before the return date of the subpoena, which will be at least fifteen (15) days after service of the subpoena;

3. Colocation Corporation and/or Managed Solutions Group shall preserve the subpoenaed information in question pending resolution of any timely filed motion to quash; and

4. Any information disclosed to Plaintiffs in response to the Rule 45 subpoenas may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights under the Copyright Act.

_____/s/_____
DEBORAH K. CHASANOW
United States District Judge
