UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

DISNEY ENTERPRISES, INC., PARAMOUNT
PICTURES CORPORATION,
and TWENTIETH CENTURY FOX FILM

                Plaintiffs,

v.                                     Civil Action No. DKC 2005-1291

DOES 1 - 10

                Defendants.

## [PROPOSED] ORDER GRANTING EXPEDITED MOTION FOR LEAVE TO TAKE IMMEDIATE SUPPLEMENTAL DISCOVERY TO LEARN THE IDENTITIES OF DOE DEFENDANTS

Upon Plaintiffs' Motion for Leave to Take Immediate Supplemental Discovery to Learn the Identities of Doe Defendants and the accompanying Memorandum of Law in support thereof, it is this 22nd day of June, 2005, by the United States District Court for the District of Maryland, ORDERED that:

1.     Plaintiffs may serve immediate discovery on Consolidated Internet Group, LLC, PayPal, and any other person or entity with information regarding the identities of the Doe Defendants to obtain the identity of each Doe Defendant by serving a Rule 45 subpoena that seeks to identify each Doe Defendant, including the name, address, telephone number, and e-mail address for each Defendant, as well as the Doe Defendant's relationship to the alleged infringing website and computer server;

2. Consolidated Internet Group, LLC, PayPal, and/or any other person or entity the Plaintiffs serve with a Rule 45 subpoena shall, within five business days of being served with the subpoena, give notice to the subscribers and/or customers in question of the subpoena. If Consolidated Internet Group, LLC, PayPal, any other person or entity the Plaintiff's serve, and/or any Doe Defendant wishes to move to quash the subpoena, the party must do so before the return date of the subpoena, which will be at least fifteen (15) days after service of the subpoena;

3. Consolidated Internet Group, LLC, PayPal, and/or any other person or entity the Plaintiffs serve with a Rule 45 subpoena shall preserve the subpoenaed information in question pending resolution of any timely filed motion to quash;

4. Any information disclosed to Plaintiffs in response to the Rule 45 subpoenas may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights under the Copyright Act.

*/s/ Deborah K. Chasanow*
DEBORAH K. CHASANOW
United States District Judge